**IN THE STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.                                                                  Docket No: 1:06cr80

ADREAN FRANCIS,

     Defendant.
_____/

**DEFENDANT'S MOTION FOR A 30-DAY ENLARGEMENT OF TIME TO FILE TO A REPLY TO THE GOVERNMENT'S RESPONSE TO TITLE 18 U.S.C. § 3582**

     Defendant Adrean Francis ("Francis") moves this Court for a 30-day extension of time to file a reply to the government's response to Title 18 U.S.C. § 3582. In support of this motion Francis states as follows:

     1.     Francis has filed a Title 18 U.S.C. § 3582 in this court. (D/E 329).

     2.     The government has filed a detailed response in opposition. (D/E 334).

     3.     Francis wishes to file a reply, however, due to the COVID19 pandemic, his institutution is on a modified quarantine, thus acess to the law library is limited.

     4.     Francis anticipates that a 30-day extension will suffice to complete the quarantine, and file a reply.

     5.     Francis is incarcerated and serving his term imprisonment, thus this request is not made to delay nor frustrate these proceedings, merely to have his claims addressed.

     6.     Francis is unable to confer with the Government due to his incarceration.

     Wherore, Adrean Francis respectfully prays this Honorable Court will grant a 30-day extension to submit his reply to the government's opposition.

Done this 23 day of October 2020.

Adrean Frances
Reg. # 53403-054
North Lake CI
P.O. Box 1500
Baldwin, MI 49304

## CERTIFICATE OF SERVICE

I hereby do certify that on 23, of October 2020, I filed the foregoing document with the Clerk of Court via the Prison Legal Mail System mailing copies to all participants:

U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007

Adrean Frances
Reg. # 53403-054
North Lake CI
P.O. Box 1500
Baldwin, MI 49304

```
Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:     October 29, 2020
           New York, NY
```

2